THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Eunice Davis McCall, Appellant.
 
 
 

Appeal From Lee County
Clifton Newman, Circuit Court Judge
Unpublished Opinion No.  2009-UP-077
Submitted February 2, 2009  Filed
 February 11, 2009  
APPEAL DISMISSED

 
 
 
 Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Eunice Davis McCall appeals convictions for voluntary
 manslaughter and possession of a firearm during the commission of a violent
 crime, and concurrent sentences of eighteen and five years.  McCall argues the
 trial court erred by failing to instruct the jury on the law of accident.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss McCall's
 appeal and grant counsel's motion to be relieved. [1] 
APPEAL
 DISMISSED.  
SHORT,
 THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.